In the Matter of the Application of THE CITY OF NEW YORK, Acting for and on Behalf of the New York City Housing Authority, Relative to Acquiring Title to and Possession of Certain Lands and Premises that Are Not Now Owned by the City of New York, Situated in the Blocks Bounded by and Included in the Rectangle of the Following Streets, to Wit: Bushwick Avenue, etc., in the Borough of Brooklyn, County of Kings, City of New York, Pursuant to a Project, Plan or Undertaking Determined upon by the New York City Housing Authority and Approved According to Law. THE CITY OF NEW YORK, Respondent; RIDGEWOOD LIVE POULTRY MARKET CO., INC., Appellant.— Motion to dismiss appeal from order dated June 3, 1935, granted and appeal dismissed. The order was granted by default and is not appealable. (*Matter of Public Service Commission [Flatbush Avenue Extension-Fourth Avenue Subway - Proceeding No. 2]*, 167 App. Div. 908.) Present — Carswell, Tompkins, Davis and Johnston, JJ.

In the Matter of the Application of FAIRCHILD SONS, INC., Appellant-Respondent, for a Peremptory Mandamus Order against ALLEN H. ROGERS, Building Inspector of the Incorporated Village of Garden City, Respondent; CHARLES G. REINHART, JR., Mayor, and GEORGE A. YOUNG and Others, Constituting the Board of Trustees of the Incorporated Village of Garden City, Respondents-Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. If, upon the appeal to the Court of Appeals which Fairchild Sons, Inc., may take as of right, that appellant prevail, and it then deem itself aggrieved by reason of the dismissal of its appeal in this court, it may move for leave to reargue the propriety of that dismissal. Present — Carswell, Tompkins, Davis and Johnston, JJ.

In the Matter of the Application of FRANK M. PETERKIN and CHRIST SVENDSEN, Appellants, for an Order of Mandamus against FRANK J. TAYLOR, as Comptroller of the City of New York, and Others, etc., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Tompkins, Davis and Johnston, JJ.

JOSEPH G. JACOBS, Respondent, v. FREDERICK H. GREENE, Appellant. — Motion for leave to appeal to the Appellate Division denied. Motion for a stay denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

SOLOMON JACOBS, Respondent, v. FREDERICK H. GREENE, Appellant.— Motion for leave to appeal to the Appellate Division denied. Motion for a stay denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

MADELINE B. LAMY, as Administratrix, etc., of MAURICE LAMY, Deceased, Respondent, v. CONTINENTAL BAKING CO., INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Tompkins, Davis and Johnston, JJ.

ELIZABETH MCSPEDON, Respondent, v. ALBERT KUNZ and " JOSEPH " BROTHERS, First Name " Joseph " Being Fictitious, True First Name Unknown to Plaintiff, Doing Business as RUBIN BROTHERS, Respondents, and ARMOUR & COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See 245 App. Div. 824.] Motion for a stay granted. Present — Carswell, Tompkins, Davis and Johnston, JJ.